# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: frandazzo | Date Created: 3/6/2018 |
| Case: 1–17–44931–ess | Form ID: 318DI7 | Total: 26 |

**Recipients of Notice of Electronic Filing:**
tr      Alan Nisselson      anisselson@windelsmarx.com
aty     Kevin B Zazzera      kzazz007@yahoo.com

                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Jennifer DiPietro      30 Houston Ln      Staten Island, NY 10302–2456
smg       NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg       NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201–3719
smg       NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg       Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
9105768      259 1st Street, LLC      c/o Jeffrey White/ Casa Blanca      258 Newark St Ste 200      Hoboken, NJ 07030–3418
9105769      American Honda Finance      600 Kelly Way      Holyoke, MA 01040–9681
9105770      American Honda Finance      PO Box 168088      Irving, TX 75016–8088
9105771      Bank of America      PO Box 15796      Wilmington, DE 19886–5796
9105772      Barclays Bank Delaware      100 S West St      Wilmington, DE 19801–5015
9105773      Barclays Bank Delaware      PO Box 8803      Wilmington, DE 19899–8803
9105775      Capital One      15000 Capital One Dr      Richmond, VA 23238–1119
9105774      Capital One      Attn: Bankruptcy      PO Box 30253      Salt Lake City, UT 84130–0253
9105776      Chase/Cardmember Service      PO Box 1423      Charlotte, NC 28201–1423
9105777      Citi      PO Box 6241      Sioux Falls, SD 57117–6241
9105778      Citicards Cbna      Citicorp Credit Svc/Centralized Bankrupt      PO Box 790040      Saint Louis, MO 63179–0040
9105780      Kia Motors Finance      10550 Talbert Ave      Fountain Valley, CA 92708–6031
9105779      Kia Motors Finance      PO Box 20825      Fountain Valley, CA 92728–0825
9105781      Kia Mtr Fin      10550 Talbert Ave      Fountain Valley, CA 92708–6031
9105782      Pinot's Palette Franchise LLC      10333 Harwin Dr Ste 580      Houston, TX 77036–1532
9105783      Suntrust Bank      1501 NE 26th St      Wilton Manors, FL 33305–1323
9105784      Suntrust Bk S Fl NA      PO Box 85092      Richmond, VA 23285–5092
9105785      Webster Bank      PO Box 790408      Saint Louis, MO 63179–0408
9105786      Wells Fargo Hm Mortgag      8480 Stagecoach Cir      Frederick, MD 21701–4747

                                                                                                TOTAL: 24